UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTAZ KENNEDY,

                Plaintiff,                Civil Action No. 23-13185

v.                                          Gershwin A. Drain
                                              United States District Judge

INDIA SMITH,                         David R. Grand
                                              United States Magistrate Judge

                Defendant.
_____/

## ORDER STRIKING DOCUMENT (ECF No. 26)

The Court has reviewed plaintiff Montaz Kennedy's ("Kennedy") recently-filed letter advising the Court that he served defense counsel with a "Litigation Evidence Hold" letter. (ECF No. 26). The Court **STRIKES** this document for the following reason(s):

☐ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☐ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2), (3).

☐ Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length. *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary

1

judgment cases.

☒   Other: <u>Pursuant to E.D. Mich. LR 26.2(a), discovery material, including discovery requests and certificates of service like Kennedy's letter, are not to be filed on the docket.  *See also* Fed. R. Civ. P. 5(d)(1).  Rather, such materials are to be served directly on the opposing party and are not to be filed on the docket unless they provide factual support for a motion.  E.D. Mich. LR 26.2(a).  .</u>

Therefore, Kennedy's letter advising the Court that he served defense counsel with a "Litigation Evidence Hold" letter **(ECF No. 26)** is hereby **STRICKEN** and is not part of the record.

**IT IS SO ORDERED**.

Dated: June 14, 2024                    s/ David R. Grand
                                        DAVID R. GRAND
                                        UNITED STATES MAGISTRATE JUDGE


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 14, 2024.

                                        s/Eddrey O. Butts
                                        EDDREY O. BUTTS
                                        Case Manager

2